DANIEL ROSS, ADMINISTRATOR AD PROSEQUENDUM OF CHRISTINA ROSS, DECEASED, PLAINTIFF, v. THE PENNSYLVANIA RAILROAD COMPANY ET AL., DEFENDANTS.

Submitted October term, 1928—Decided May 7, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *Wall, Haight, Carey & Hartpence.*

*Contra, Richard J. Mackey (Joseph Walker Magrauth,* of the New York bar, on the briefs).

PER CURIAM.

The plaintiff has a verdict for $25,000 for damages for the death of Christina Ross, the mother of Thomas Ross, Jr., who at the time of the death of his mother was about four years of age. He is her sole next of kin.

The single ground urged under this rule is that the verdict is excessive.

We think it is. If the plaintiff will consent to a reduction of the verdict to the sum of $15,000, it may stand for that amount, otherwise the rule to show cause will be made absolute and a *venire de novo* issue as to the question of damages only.